No. 108, Orig.  NEBRASKA v. WYOMING ET AL.  Motions of the parties respecting oral argument granted in part and denied in part, and the time and order allotted are: 20 minutes to Wyoming, 10 minutes to Colorado, 15 minutes to Nebraska, and 15 minutes to the United States.  [For earlier order herein, see, e. g., ante, p. 996.]

No. 91–261.  BUILDING & CONSTRUCTION TRADES COUNCIL OF THE METROPOLITAN DISTRICT v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL.; and
No. 91–274.  MASSACHUSETTS WATER RESOURCES AUTHORITY ET AL. v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL.  C. A. 1st Cir.  [Certiorari granted, 504 U. S. 908.]  Motion of the Solicitor General for leave to file a supplemental brief as amicus curiae granted.

No. 91–1671.  MERTENS ET AL. v. HEWITT ASSOCIATES.  C. A. 9th Cir.  [Certiorari granted, ante, p. 812.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 91–1738.  GILMORE v. TAYLOR.  C. A. 7th Cir.  [Certiorari granted, ante, p. 814.]  Motion for appointment of counsel granted, and it is ordered that Lawrence C. Marshall, Esq., of Chicago, Ill., be appointed to serve as counsel for respondent in this case.

No. 91–7604.  ANTOINE v. BYERS & ANDERSON, INC., ET AL.  C. A. 9th Cir.  [Certiorari granted, ante, p. 914.]  Motion of Jonathan and Karen Scott for leave to file a brief as amici curiae granted.

No. 92–94.  ZOBREST ET AL. v. CATALINA FOOTHILLS SCHOOL DISTRICT.  C. A. 9th Cir.  [Certiorari granted, ante, p. 813.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 92–5618.  MARTIN v. MCDERMOTT ET AL.  Sup. Ct. Del.  Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 1] denied.